IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROGRESSIVE PREFERRED INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| F. DONALD EICHMAN and CHARLENE EICHMAN and KEVIN M. O'BRIEN | : | NO. 15-1996 |

# O R D E R

**AND NOW**, this  29th  day of February, 2016, upon consideration of Defendants F. Donald Eichman and Charlene Eichman's Motion to Dismiss (Doc. No. 21) and Plaintiff Progressive's response thereto, it is hereby **ORDERED** that said Motion to Dismiss is **DENIED.**

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY,        SR. J.